UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS ANTHONY MALEC, III,

       Plaintiff,                                         Case No. 1:13-CV-919

v                                                                Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER OF RECUSAL**

In accordance with 28 U.S.C. § 455(a) and § 455(b)(1), I hereby disqualify myself from all further proceedings in this case.

IT IS SO ORDERED.

Dated:  August 23, 2013                             /s/ Hugh W. Brenneman, Jr.
                                                                      HUGH W. BRENNEMAN, JR.
                                                                      United States Magistrate Judge